UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
ALAN HOPKINS, derivatively on behalf of )
HQ SUSTAINABLE MARITIME             )   No. C11-0910RSL
INDUSTRIES, INC.                    )
                                    )
                    Plaintiff,      )
        v.                          )
                                    )
NORBERT SPORNS, *et al.*,           )
                                    )
                    Defendants.     )
_____)
                                    )
GENE NIKSICH, derivatively on behalf of )
HQ SUSTAINABLE MARITIME             )   No. C11-1005RSL
INDUSTRIES, INC.                    )
                                    )
                    Plaintiff,      )
        v.                          )
                                    )
NORBERT SPORNS, *et al.*,           )
                                    )
                    Defendants.     )
_____)
                                    )
FARIDA CORKERY-SMITH, derivatively on )
behalf of HQ SUSTAINABLE MARITIME   )   No. C11-1030RSL
INDUSTRIES, INC.                    )
                                    )
                    Plaintiff,      )
        v.                          )
                                    )   ORDER TO SHOW CAUSE
NORBERT SPORNS, *et al.*,           )
                                    )
                    Defendants.     )
_____)

This matter comes before the Court *sua sponte*. On July 22, 2011, plaintiffs in the

ORDER TO SHOW CAUSE

above-captioned matters filed a "Motion to Consolidate Related Actions and Appoint Lead Plaintiff and Counsel" which, taken as a whole, exceeds 50 pages in length. As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiffs are hereby ORDERED to show cause, within five days of the date of this Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(8) and the "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" entered in each of these matters. Plaintiffs shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

Dated this 26th day of July, 2011.

<u>MWT S Lasnik</u>
Robert S. Lasnik
United States District Judge